IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELVIN R. ABEL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

18-cv-308-bbc

v.

GAYLE FRAMBS,

    Defendant.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | 5/17/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |